FILED BY [initials] D.C.
98 OCT 13 PM 2:58
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RECEIVED
98 OCT -9 PM 4:00
[illegible]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

JOHN SAMMY SCOTT, III,
deceased, by and through his
next of kin, Mary Louise Scott,

    Plaintiff,

vs.

SHELBY COUNTY, TENNESSEE,
A.C. GILLESS, individually and in
his official capacity as Sheriff of
Shelby County, Tennessee;
ROBERT SPRECHER, individually
and in his official capacity as Director
of the Shelby County Correctional Facility;
OFFICER BLACKBURN, individually and
in his official capacity as an officer
and/or deputy jailer; JOHN DOES A, B, C, and D as
OTHER UNKNOWN EMPLOYEES AND DEPUTIES
OF THE SHELBY COUNTY CORRECTIONAL
FACILITY, individually and in their official
capacities; and JIM ROUT, individually and in
his official capacity as Mayor of
Shelby County, Tennessee,

    Defendants.

NO. 98-2295 GA

JURY DEMANDED

## ORDER ON DEFENDANTS, A.C. GILLESS'S MOTION FOR SUMMARY JUDGMENT

This cause came before the Court on the Motion to Dismiss and/or for Summary Judgment by Defendant, Sheriff A.C. Gilless. Based upon the affidavits and record in this cause the Court finds that Sheriff A.C. Gilless does not have supervision and control over the Shelby County Penal Farm, therefore is not a proper defendant in this cause.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that Sheriff A.C.

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/14/98.

Gilless be dismissed as a party defendant in this cause.

*Julia Smith Gibbons*
JUDGE JULIA S. GIBBONS

Date: October 13, 1998