UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN SCOTT,

     Plaintiff,

VS.                                             Civil No. 98-2295-G

SHELBY COUNTY, TN
LLOYD JOHNSON
LARRY HUNT
JIM ROUT
CLYDE BLACKMON
ROBERT SPRECHER

     Defendants.

---

ORDER OF DISMISSAL

---

The Court has been advised that this case has settled. Accordingly, it is hereby DISMISSED with prejudice.

IT IS SO ORDERED.

_Julia Smith Gibbons_
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE

_February 24, 1999_
DATE