FILED (?)/m/ D.C.

99 MAR -2 PM 2: 26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN SCOTT,

    Plaintiff,

VS.                                  Civil No. 98-2295-G

SHELBY COUNTY, TN
LLOYD JOHNSON,
LARRY HUNT,
JIM ROUT,
CLYDE BLACKMON,
ROBERT SPRECHER,

    Defendants.

---

JUDGMENT IN CIVIL CASE

---

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in accordance with the provisions as set forth in the Order of Dismissal, entered February 26, 1999, this case is hereby DISMISSED with prejudice.


*Julia Smith Gibbons*
JULIA SMITH GIBBONS
UNITED STATES DISTRICT JUDGE


    3-3-99                                        **ROBERT R. DI TROLIO**
Date                                                Clerk

                                                              *Earline Grayer*
                                                         (By) Deputy Clerk


This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 3-3-99

(41)